# UNITED STATES DISTRICT COURT
for the

_____ District of NEVADA _____

| | |
|---|---|
| United States of America ) | Case No. 2:18-mj-00631-VCF |
| v. ) | |
| RAYFIELD BELL ) | Charging District: Southern District of Florida |
| *Defendant* ) | Charging District's Case No. 0:18-cr-60115-BB |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. Federal Building and Courthouse 299 East Broward Boulevard #108 Fort Lauderdale, FL 33301 | Courtroom No.: AS ORDERED |
|---|---|
| | Date and Time: 08/1/2018 at 11:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: July 18, 2018

_____
*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*



____ FILED      ____ RECEIVED
____ ENTERED    ____ SERVED ON
            COUNSEL/PARTIES OF RECORD

JUL 1 8 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY